**Order entered July 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00339-CV

**IN RE RAMON C. HILL, SOVEREIGN ELECTRONICS, INC., AND SOVEREIGN SECURITY SYSTEMS, INC., Relators**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01308-2008**

## ORDER

Before the Court is relators' unopposed motion to withdraw or dismiss their petition for writ of mandamus. We **GRANT** the motion and **DISMISS** relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
          JUSTICE